# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1325
Lower Tribunal No. 87-35124

_____

**Larry Eugene Charlton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Law Office of W. Charles Fletcher and W. Charles Fletcher (Jacksonville), for appellant.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.